| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2016 to 01/09/2017
**Chapter 13 Case No. 13-37643 / CMG**

Dawn P McCann
30 Peachtree Lane
Jamesburg  NJ    08831

Petition Filed Date: 12/23/2013
341 Hearing Date: 01/30/2014
Confirmation Date: 03/05/2014

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2016 | $300.00 | 27374870 - | 02/26/2016 | $300.00 | 28065690 - | 04/07/2016 | $600.00 | 29174740 - |
| 05/19/2016 | $300.00 | 30214970 - | 07/05/2016 | $300.00 | 31329320 - | 08/01/2016 | $300.00 | 32067120 - |
| 09/19/2016 | $300.00 | 33261600 - | 10/17/2016 | $300.00 | 34038720 - | 12/16/2016 | $900.00 | 35577970 - |

**Total Receipts for the Period:  $3,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $10,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dawn P McCann | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $6,830.27 | $0.00 | $6,830.27 |
| 2 | PNC BANK<br>»» STUDENT LOAN | Unsecured Creditors | $34,709.14 | $0.00 | $34,709.14 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» QCARD | Unsecured Creditors | $1,579.65 | $0.00 | $1,579.65 |
| 0 | KIRSTEN B ENNIS, ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» HSBC | Unsecured Creditors | $5,815.92 | $0.00 | $5,815.92 |
| 5 | Shellpoint Mortgage Services<br>»» P/1ST MTG/ 30 PEACHTREE<br>LN/BAC/WILMINGTON SAVINGS | Mortgage Arrears | $9,614.81 | $5,279.57 | $4,335.24 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LOWES | Unsecured Creditors | $318.97 | $0.00 | $318.97 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SAMS CLUB | Unsecured Creditors | $1,055.65 | $0.00 | $1,055.65 |
| 8 | NJCLASS<br>»» STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NJCLASS<br>»» STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | Shellpoint Mortgage Services<br>»» 30 PEACHTREE LN/ ORDER<br>3/25/15/WILMINGTON SAVINGS | Mortgage Arrears | $576.00 | $576.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 7/6/15 | Attorney Fees | $947.93 | $947.93 | $0.00 |
| 11 | Shellpoint Mortgage Services<br>»» 30 PEACHTREE LN/ORDER<br>4/20/16/WILMINGTON SAVINGS | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 7/25/16 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/9/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,800.00 | Plan Balance: | $4,464.00 ** |
| Paid to Claims: | $9,403.50 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $550.50 | Arrearages: | $300.00 |
| Funds on Hand: | $846.00 | Total Plan Base: | $15,264.00 |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**