UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:    _____
                                                    :
                                                    :    Adv. No.:    _____
                                                    :
                                                    :    Judge:       _____
           Debtor (s),                              :
_____           :    Chapter:     _____


## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____, United States Bankruptcy Judge.

**Reason for Hearing:**        _____
                               _____
                               _____

**Location of Hearing:**       Courtroom No. _____
                               _____
                               _____
                               _____

**Date and Time:**             _____,
                               or as soon thereafter as counsel may be heard.


**COURT APPEARANCES:**    _____ **ARE REQUIRED**        _____ **ARE NOT REQUIRED**


DATED:    _____                JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that the foregoing notice was served on the following:




JEANNE A. NAUGHTON, Clerk

*Last revised 10-15-03  jml*