UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                               : Case No.:   13-37643-CMG
Dawn P McCann                                              :
                                                                      : Adv. No.:   _____
                                                                      :
                                                                      : Judge:      Christine M. Gravelle
                                                                      :
                        Debtor (s),                           :
_____   : Chapter:    _____13_____

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ____Christine M. Gravelle____, United States Bankruptcy Judge.

**Reason for Hearing:**     Debtor's Objection To Certification Of Default
_____
Re:  WILMINGTON SAVINGS FUND SOCIETY, FSB,_____

**Location of Hearing:**    Courtroom No. __3__
 USBC_____
 402 East State St._____
 Trenton NJ 08608_____

**Date and Time:**    2/15/17  at 9:00 AM_____,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _✔_ ARE REQUIRED        _____ ARE NOT REQUIRED

DATED:       2/6/17_____                         JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that the foregoing notice was served on the following:
Denise E. Carlon, Kirsten B. Ennis, debtor(s), Trustee

JEANNE A. NAUGHTON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-37643-CMG
Dawn P McCann                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 06, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2017.
db            +Dawn P McCann,    30 Peachtree Lane,    Jamesburg, NJ 08831-2533

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Brian E Caine    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business
               as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Frank J. Martone    on behalf of Creditor    BANK OF AMERICA, N.A. bky@martonelaw.com
              John Philip Schneider    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Kirsten B. Ennis    on behalf of Debtor Dawn P McCann pacerecf@ennislegal.com
                                                                                               TOTAL: 8