UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Wilmington Savings Fund Society, FSB, doing business as Christian Trust, not in its individual capacity but as Trustee for BCAT 2014-9TT

Order Filed on March 15, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Dawn P. McCann,

Debtor.

Case No.: 13-37643-CMG

Adv. No.:

Hearing Date: 2/15/17 @ 9:00 a.m.

Judge: Christine M. Gravelle

# ORDER CURING POST-PETITION ARREARS AND RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 15, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Dawn P. McCann
Case No:  13-37643-CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 30 Peachtree Lane, Jamesburg, NJ 08831, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Kirsten Ennis, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of January 31, 2017 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2016 through January 2017 for a total post-petition default of $7,936.76 (5 @ $1,939.22, less suspense balance of $1,759.34); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall cure the balance of the arrears by remitting $7,936.76 directly to Secured Creditor to be received no later than March 31, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume February 1, 2017, directly to Secured Creditor, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.