| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c) <br> **KIRSTEN B. ENNIS, LLC** <br> 92 East Main Street, Suite 407 <br> Somerville, NJ 08876 <br> (908) 713-0345 <br> mail@ennislegal.com <br><br> **Kirsten B. Ennis, Esq. (KE7927)** <br> Attorney for Dawn McCann, Debtor |
| In re: <br><br>      Dawn McCann, Debtor |

**Order Filed on March 23, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 13-37643-CMC

Chapter 13

Judge: Hon. Christine M. Gravelle

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 23, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Kirsten B. Ennis, Esquire,</u> the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0 for a total of $400.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order | United States Bankruptcy Court |