**PO Box 10826**
**Greenville, SC  29603-0826**

**Shellpoint Mortgage Servicing**

Phone Number:  800-365-7107
Fax:  866-476-3705
e-Mail:  mtgbk@shellpointmtg.com

Dawn P McCann

Re: Bankruptcy Petition #: 13-37643

To whom it may concern:

Our office has filed a Notice of Post Petition Fees dated 7/10/2017 for claim #7 in error. This was mislabeled it should have been a Notice of Mortgage Payamaent change for 8/1/17. With this letter, I respectfully request you to withdraw the Notice of Post Petition Fees.

If you have any questions, our direct line is 864-312-4855.

Sincerely,

/s/Anita Robertson


Anita Robertson
Bankruptcy Case Manager