| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 13-37643 / CMG**

Dawn P McCann
30 Peachtree Lane
Jamesburg  NJ    08831

Petition Filed Date: 12/23/2013
341 Hearing Date: 01/30/2014
Confirmation Date: 03/05/2014

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2017 | $300.00 | 36349960  - | 02/22/2017 | $300.00 | 37234710  - | 03/17/2017 | $300.00 | 38028790  - |
| 05/01/2017 | $300.00 | 39239700  - | 06/02/2017 | $300.00 | 40103480  - | 07/05/2017 | $300.00 | 40986900  - |
| 07/25/2017 | $300.00 | 41482430 | 08/28/2017 | $300.00 | 42363970 | 09/21/2017 | $300.00 | 42989900 |
| 11/01/2017 | $300.00 | 44045730 | 11/28/2017 | $300.00 | 44710180 | 01/08/2018 | $300.00 | 45769380 |
| 02/05/2018 | $300.00 | 46443810 | | | | | | |

**Total Receipts for the Period:  $3,900.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $14,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dawn P McCann | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $6,830.27 | $0.00 | $6,830.27 |
| 2 | PNC BANK<br>»»  STUDENT LOAN | Unsecured Creditors | $34,709.14 | $0.00 | $34,709.14 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  QCARD | Unsecured Creditors | $1,579.65 | $0.00 | $1,579.65 |
| 0 | KIRSTEN B ENNIS, ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 4 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  HSBC | Unsecured Creditors | $5,815.92 | $0.00 | $5,815.92 |
| 5 | Shellpoint Mortgage Services<br>»»  P/1ST MTG/ 30 PEACHTREE LN/BAC/WILMINGTON SAVINGS | Mortgage Arrears | $9,614.81 | $8,474.57 | $1,140.24 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LOWES | Unsecured Creditors | $318.97 | $0.00 | $318.97 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SAMS CLUB | Unsecured Creditors | $1,055.65 | $0.00 | $1,055.65 |
| 8 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NJCLASS<br>»»  STUDENT LOAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | Shellpoint Mortgage Services<br>»»  30 PEACHTREE LN/ ORDER 3/25/15/WILMINGTON SAVINGS | Mortgage Arrears | $576.00 | $576.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»»  ORDER 7/6/15 | Attorney Fees | $947.93 | $947.93 | $0.00 |
| 11 | Shellpoint Mortgage Services<br>»»  30 PEACHTREE LN/ORDER 4/20/16/WILMINGTON SAVINGS | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 7/25/16 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 12 | Shellpoint Mortgage Services<br>»» 30 PEACHTREE LANE/ORDER 3/15/17 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | KIRSTEN B ENNIS, ESQ<br>»» ORDER 3/23/17 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,700.00 | Plan Balance: | $1,397.00 ** |
| Paid to Claims: | $13,348.50 | Current Monthly Payment: | $300.00 |
| Paid to Trustee: | $790.50 | Arrearages: | $300.00 |
| Funds on Hand: | $561.00 | Total Plan Base: | $16,097.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**