| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. 9004-2(c)<br>**KIRSTEN B. ENNIS, LLC**<br>92 East Main Street, Suite 407<br>Somerville, NJ 08876<br>(908) 713-0345<br>mail@ennislegal.com<br><br>**Kirsten B. Ennis, Esq. (KE7927)**<br>Attorney for Dawn McCann, Debtor(s) |

In re:

    Dawn McCann, Debtor

Case No.: 13-37643-CMC

Chapter 13

Judge: Hon. Christine M. Gravelle

## CERTIFICATE IN SUPPORT OF DISCHARGE

I Dawn McCann, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations and have paid all amounts payable under court order or statute that were due on or before the date of this Certification.

I certify under penalty of perjury that the above is true.


Date: November 7, 2018            /s/ Dawn McCann
                                         Dawn McCann, Debtor

IMPORTANT:

- Each debtor in a joint case must file separate Certification in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.
-